| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>BUCHWALD, NAOMI R | 2. Court or Organization<br><br>SOUTHERN DISTRICT OF NEW YORK | 3. Date of Report<br><br>5/13/2005 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (active) | 5. ReportType (check appropriate type)<br><br>○ Nomination,    Date<br><br>○ Initial    ● Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

RECEIVED 2005 MAY 16 P 3: 03 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Income from law firm |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE    - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE    - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 5/13/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Citibank Accounts | C | Interest | N | T | | | | | |
| 2. Citibank (IRA) 1 | A | Interest | K | T | | | | | |
| 3. Citibank (IRA) 2 | A | Interest | P1 | T | | | | | |
| 4. Citibank (Keogh) | B | Dividend | | | closed - rollover to IRA 2 | 12/28 | | | |
| 5. JPMorgan Chase Accounts | A | Interest | K | T | | | | | |
| 6. Schwab Accout Cash Equivalent | C | Dividend | M | T | | | | | |
| 7. Bank of America Galaxy Prime Reserves Fund (formerly Quick & Reilly) | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

Part VII: Investments and Trusts

| A. Description | B. Income (1) Amt | (2)Type | C.Value (1)Code | (2)Method | (D)Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| Time Warner (formerly known as America-on-Line) | -- | None | L | T | bought | 11/24 | L | -- |
|  |  |  |  |  | sold | 11/24 | L | A |
|  |  |  |  |  | bought | 11/26 | K | -- |
|  |  |  |  |  | sold | 11/26 | K | A |
|  |  |  |  |  | bought | 11/29 | M | -- |
|  |  |  |  |  | sold | 11/29 | M | -- |
|  |  |  |  |  | bought | 11/30 | O | -- |
|  |  |  |  |  | sold | 11/30 | O | B |
| Apple Computer Common Stock | -- | None | N | T | bought | 1/15 | L | -- |
|  |  |  |  |  | partial sold | 1/15 | L | A |
|  |  |  |  |  | bought | 4/7 | L | -- |
|  |  |  |  |  | partial sold | 4/7 | L | A |
|  |  |  |  |  | bought | 4/13 | L | -- |
|  |  |  |  |  | partial sold | 4/14 | L | C |
|  |  |  |  |  | bought | 4/23 | L | -- |
|  |  |  |  |  | bought | 5/11 | L | -- |
|  |  |  |  |  | partial sold | 5/11 | L | A |
|  |  |  |  |  | partial sold | 6/9 | L | D |
|  |  |  |  |  | bought | 7/2 | L | -- |
|  |  |  |  |  | partial sold | 7/2 | L | -- |
|  |  |  |  |  | bought | 10/28 | M | -- |
|  |  |  |  |  | partial sold | 10/28 | M | A |
|  |  |  |  |  | bought | 11/4 | M | -- |
|  |  |  |  |  | partial sold | 11/4 | M | A |
|  |  |  |  |  | bought | 11/5 | N | -- |
|  |  |  |  |  | bought | 11/10 | N | -- |
|  |  |  |  |  | partial sold | 11/10 | N | B |
|  |  |  |  |  | bought | 11/11 | O | -- |
|  |  |  |  |  | partial sold | 11/11 | O | B |
|  |  |  |  |  | bought | 11/12 | N | -- |
|  |  |  |  |  | partial sold | 11/12 | N | C |
|  |  |  |  |  | bought | 11/16 | L | -- |
|  |  |  |  |  | partial sold | 11/16 | L | A |
|  |  |  |  |  | bought | 11/17 | L | -- |
|  |  |  |  |  | partial sold | 11/18 | M | A |

1

| A. Description | B. Income (1) Amt | (2) Type | C. Value (1) Code | (2) Method | (D) Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| | | | | | bought | 11/19 | O | -- |
| | | | | | partial sold | 11/19 | O | A |
| | | | | | partial sold | 11/22 | L | D |
| | | | | | bought | 11/23 | M | -- |
| | | | | | partial sold | 11/23 | M | A |
| | | | | | bought | 11/24 | N | -- |
| | | | | | partial sold | 11/24 | L | A |
| | | | | | bought | 11/29 | M | -- |
| | | | | | partial sold | 11/29 | N | B |
| | | | | | bought | 11/30 | O | -- |
| | | | | | partial sold | 11/30 | N | D |
| | | | | | bought | 12/1 | N | -- |
| | | | | | partial sold | 12/1 | N | B |
| | | | | | bought | 12/2 | N | -- |
| | | | | | partial sold | 12/2 | N | -- |
| | | | | | bought | 12/3 | M | -- |
| | | | | | bought | 12/6 | O | -- |
| | | | | | partial sold | 12/6 | O | B |
| | | | | | bought | 12/7 | N | -- |
| | | | | | partial sold | 12/7 | O | E |
| | | | | | bought | 12/9 | M | -- |
| | | | | | partial sold | 12/9 | M | B |
| | | | | | bought | 12/10 | M | -- |
| | | | | | partial sold | 12/10 | N | B |
| | | | | | bought | 12/13 | N | -- |
| | | | | | partial sold | 12/13 | J | -- |
| | | | | | bought | 12/14 | N | -- |
| | | | | | partial sold | 12/14 | N | B |
| | | | | | bought | 12/16 | L | -- |
| | | | | | partial sold | 12/16 | L | A |
| Applied Materials Common Stock | -- | NONE | L | T | bought | 1/7 | L | -- |
| | | | | | sold | 1/7 | L | A |
| | | | | | bought | 2/25 | L | -- |
| | | | | | bought | 2/26 | L | -- |
| | | | | | bought | 3/2 | L | -- |
| | | | | | sold | 3/5 | N | -- |
| | | | | | bought | 3/8 | M | -- |
| | | | | | bought | 3/12 | K | -- |
| | | | | | partial sold | 3/12 | M | B |

| A. Description | B. Income | | C. Value | | (D) Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| | | | | | bought | 3/16 | K | -- |
| | | | | | sold | 3/16 | K | A |
| | | | | | bought | 3/19 | N | -- |
| | | | | | bought | 3/24 | K | -- |
| | | | | | partial sold | 3/24 | K | A |
| | | | | | bought | 3/25 | M | -- |
| | | | | | partial sold | 3/25 | M | B |
| | | | | | bought | 3/26 | N | -- |
| | | | | | partial sold | 3/26 | N | D |
| | | | | | sold | 4/2 | M | D |
| | | | | | bought | 4/7 | K | -- |
| | | | | | sold | 4/7 | K | A |
| | | | | | bought | 4/15 | L | -- |
| | | | | | partial sold | 4/15 | K | A |
| | | | | | bought | 4/23 | L | -- |
| | | | | | partial sold | 4/23 | L | -- |
| | | | | | bought | 4/30 | K | -- |
| | | | | | partial sold | 5/7 | K | B |
| | | | | | bought | 5/26 | K | -- |
| | | | | | bought | 5/27 | K | -- |
| | | | | | partial sold | 5/27 | L | A |
| | | | | | bought | 6/2 | L | -- |
| | | | | | bought | 6/3 | K | -- |
| | | | | | bought | 6/4 | M | -- |
| | | | | | bought | 8/5 | M | -- |
| | | | | | partial sold | 8/6 | M | -- |
| | | | | | bought | 8/9 | M | -- |
| | | | | | partial sold | 8/9 | M | B |
| | | | | | sold | 8/13 | M | -- |
| | | | | | bought | 8/18 | M | -- |
| | | | | | sold | 8/18 | M | A |
| | | | | | bought | 8/19 | M | -- |
| | | | | | sold | 8/19 | M | B |
| | | | | | bought | 8/26 | L | -- |
| | | | | | partial sold | 8/26 | K | A |
| | | | | | sold | 8/27 | L | A |
| | | | | | bought | 10/13 | L | -- |
| | | | | | bought | 10/14 | M | -- |
| | | | | | partial sold | 10/14 | L | -- |
| | | | | | bought | 10/15 | M | -- |

3

| A. Description | B. Income (1) Amt | (2) Type | C. Value (1) Code | (2) Method | (D) Transactions (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| | | | | | sold | 10/15 | M | -- |
| | | | | | bought | 10/19 | M | -- |
| | | | | | partial sold | 10/19 | L | -- |
| | | | | | bought | 10/25 | L | -- |
| | | | | | partial sold | 10/25 | L | A |
| | | | | | bought | 11/1 | M | -- |
| | | | | | partial sold | 11/2 | M | C |
| | | | | | bought | 11/16 | K | -- |
| | | | | | partial sold | 11/16 | K | A |
| | | | | | sold | 12/7 | L | C |
| | | | | | bought | 12/8 | K | -- |
| | | | | | bought | 12/14 | L | -- |
| | | | | | sold | 12/14 | M | A |
| | | | | | bought | 12/29 | K | -- |
| Blount | -- | NONE | J | T | | | | |
| Dell Computer Common Stock | -- | NONE | N | T | bought | 3/1 | L | -- |
| | | | | | sold | 3/1 | L | A |
| | | | | | bought | 3/4 | K | -- |
| | | | | | sold | 3/4 | K | A |
| | | | | | bought | 3/5 | N | -- |
| | | | | | partial sold | 3/5 | M | B |
| | | | | | sold | 3/12 | K | A |
| | | | | | bought | 3/25 | L | -- |
| | | | | | sold | 3/25 | L | A |
| | | | | | bought | 7/28 | M | -- |
| | | | | | sold | 7/28 | M | A |
| | | | | | bought | 8/10 | M | -- |
| | | | | | sold | 8/10 | M | B |
| | | | | | bought | 10/21 | M | -- |
| | | | | | sold | 10/21 | M | A |
| | | | | | bought | 10/25 | N | -- |
| | | | | | bought | 10/28 | O | -- |
| | | | | | partial sold | 10/28 | O | -- |
| | | | | | sold | 11/2 | N | D |
| | | | | | bought | 11/17 | K | -- |
| | | | | | sold | 11/18 | K | A |
| | | | | | bought | 11/19 | L | -- |
| | | | | | sold | 11/19 | L | A |

4

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| Intel | C | Div | M | T | bought | 1/6 | M | -- |
| Common Stock | | | | | partial sold | 1/6 | M | A |
| | | | | | partial sold | 1/7 | L | C |
| | | | | | bought | 1/12 | M | -- |
| | | | | | partial sold | 1/12 | M | A |
| | | | | | bought | 1/15 | N | -- |
| | | | | | partial sold | 1/15 | M | B |
| | | | | | bought | 1/22 | L | -- |
| | | | | | bought | 1/30 | L | -- |
| | | | | | bought | 2/9 | L | -- |
| | | | | | bought | 2/11 | L | -- |
| | | | | | partial sold | 2/11 | L | A |
| | | | | | bought | 2/17 | M | -- |
| | | | | | bought | 2/24 | M | -- |
| | | | | | partial sold | 2/25 | M | B |
| | | | | | bought | 2/26 | M | -- |
| | | | | | bought | 3/1 | L | -- |
| | | | | | bought | 3/2 | M | -- |
| | | | | | partial sold | 3/4 | L | -- |
| | | | | | bought | 3/5 | L | -- |
| | | | | | bought | 3/8 | N | -- |
| | | | | | partial sold | 3/8 | N | C |
| | | | | | bought | 3/9 | L | -- |
| | | | | | partial sold | 3/12 | M | -- |
| | | | | | partial sold | 3/15 | N | -- |
| | | | | | bought | 3/18 | L | -- |
| | | | | | partial sold | 3/18 | L | A |
| | | | | | bought | 3/19 | N | -- |
| | | | | | bought | 3/22 | L | -- |
| | | | | | partial sold | 3/22 | M | -- |
| | | | | | partial sold | 3/25 | M | C |
| | | | | | bought | 3/26 | N | -- |
| | | | | | partial sold | 3/26 | M | B |
| | | | | | bought | 3/30 | N | -- |
| | | | | | bought | 4/2 | N | -- |
| | | | | | partial sold | 4/2 | O | D |
| | | | | | bought | 4/7 | M | -- |
| | | | | | partial sold | 4/7 | M | B |
| | | | | | bought | 4/8 | N | -- |
| | | | | | bought | 4/13 | K | -- |

| A. Description | B. Income | | C. Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| | | | | | partial sold | 4/14 | K | A |
| | | | | | bought | 5/25 | M | -- |
| | | | | | partial sold | 5/25 | M | C |
| | | | | | bought | 5/27 | M | -- |
| | | | | | partial sold | 5/27 | M | A |
| | | | | | bought | 6/3 | M | -- |
| | | | | | partial sold | 6/3 | K | -- |
| | | | | | bought | 6/4 | M | -- |
| | | | | | partial sold | 6/4 | M | A |
| | | | | | partial sold | 6/7 | K | B |
| | | | | | bought | 6/29 | M | -- |
| | | | | | partial sold | 6/29 | M | A |
| | | | | | bought | 6/30 | N | -- |
| | | | | | partial sold | 6/30 | N | C |
| | | | | | bought | 7/2 | M | -- |
| | | | | | partial sold | 7/2 | M | A |
| | | | | | bought | 7/28 | M | -- |
| | | | | | partial sold | 7/28 | M | A |
| | | | | | bought | 8/9 | O | -- |
| | | | | | partial sold | 8/9 | N | A |
| | | | | | partial sold | 8/11 | M | -- |
| | | | | | bought | 8/12 | N | -- |
| | | | | | partial sold | 8/12 | N | -- |
| | | | | | bought | 8/13 | L | -- |
| | | | | | partial sold | 8/13 | N | -- |
| | | | | | bought | 8/18 | M | -- |
| | | | | | partial sold | 8/18 | M | B |
| | | | | | bought | 8/19 | L | -- |
| | | | | | partial sold | 8/19 | L | A |
| | | | | | bought | 8/20 | M | -- |
| | | | | | partial sold | 8/20 | M | A |
| | | | | | bought | 8/25 | J | -- |
| | | | | | bought | 8/27 | K | -- |
| | | | | | partial sold | 8/27 | L | A |
| | | | | | bought | 8/30 | L | -- |
| | | | | | bought | 10/13 | M | -- |
| | | | | | bought | 10/15 | L | -- |
| | | | | | partial sold | 10/15 | N | -- |
| | | | | | bought | 10/18 | N | -- |
| | | | | | partial sold | 10/18 | N | A |

6

| A. Description | B. Income (1) Amt | (2) Type | C. Value (1) Code | (2) Method | (D) Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| | | | | | bought | 10/19 | M | -- |
| | | | | | sold | 10/19 | M | -- |
| | | | | | bought | 11/10 | L | -- |
| | | | | | bought | 11/11 | M | -- |
| | | | | | sold | 11/11 | M | B |
| | | | | | bought | 11/12 | M | -- |
| | | | | | sold | 11/12 | M | C |
| | | | | | bought | 11/22 | L | -- |
| | | | | | sold | 11/22 | L | A |
| | | | | | bought | 11/30 | M | -- |
| | | | | | sold | 11/30 | M | -- |
| | | | | | bought | 12/3 | M | -- |
| | | | | | sold | 12/3 | M | A |
| | | | | | bought | 12/7 | N | -- |
| | | | | | sold | 12/7 | N | -- |
| | | | | | bought | 12/9 | M | -- |
| | | | | | sold | 12/9 | M | A |
| | | | | | bought | 12/10 | M | -- |
| | | | | | sold | 12/13-14 | M | B |
| | | | | | bought | 12/27 | K | -- |
| | | | | | bought | 12/31 | K | -- |
| Loral Common Stock | -- | NONE | J | T | | | | |
| Analogue Devices Common Stock | A | Div. | L | T | bought | 1/15 | M | -- |
| | | | | | sold | 1/15 | M | B |
| | | | | | bought | 3/18 | L | -- |
| | | | | | sold | 3/18 | L | A |
| | | | | | bought | 3/26 | M | -- |
| | | | | | sold | 3/26 | M | A |
| | | | | | bought | 5/25 | L | -- |
| | | | | | sold | 5/25 | L | A |
| | | | | | bought | 6/9 | L | -- |
| | | | | | sold | 6/9 | L | -- |
| | | | | | bought | 8/25 | M | -- |
| | | | | | sold | 8/25 | M | A |
| | | | | | bought | 10/11 | L | -- |
| | | | | | bought | 10/14 | L | -- |
| | | | | | partial sold | 10/14 | K | -- |

7

| A. Description | B. Income (1) Amt | (2) Type | C. Value (1) Code | (2) Method | (D) Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| 270 | | | | | sold | 10/15 | M | -- |
| 271 | | | | | bought | 11/2 | L | -- |
| 272 | | | | | sold | 11/2 | L | A |
| 273 CMGI Common Stock | -- | NONE | J | T | | | | |
| 274 International Rectifier Common Stock | -- | NONE | L | T | partial sold | 1/5 | L | B |
| 275 | | | | | partial sold | 1/6 | L | D |
| 276 | | | | | bought | 3/5 | M | -- |
| 277 | | | | | partial sold | 3/5 | M | A |
| 278 | | | | | bought | 3/18 | L | -- |
| 279 | | | | | partial sold | 3/18 | L | A |
| 280 | | | | | bought | 3/22 | L | -- |
| 281 | | | | | partial sold | 3/22 | L | A |
| 282 | | | | | bought | 4/15 | L | -- |
| 283 | | | | | partial sold | 4/15 | L | A |
| 284 | | | | | bought | 4/16 | M | -- |
| 285 | | | | | partial sold | 4/19 | L | B |
| 286 | | | | | bought | 4/20 | L | -- |
| 287 | | | | | bought | 4/23 | K | -- |
| 288 | | | | | partial sold | 4/23 | M | B |
| 289 | | | | | bought | 4/30 | L | -- |
| 290 | | | | | partial sold | 5/7 | L | A |
| 291 | | | | | bought | 5/25 | J | -- |
| 292 | | | | | bought | 6/2 | L | -- |
| 293 | | | | | sold | 6/4 | L | A |
| 294 | | | | | bought | 6/9 | L | -- |
| 295 | | | | | sold | 6/9 | L | -- |
| 296 | | | | | bought | 7/2 | L | -- |
| 297 | | | | | bought | 7/28 | J | -- |
| 298 | | | | | sold | 7/30 | L | C |
| 299 | | | | | bought | 8/2 | L | -- |
| 300 | | | | | sold | 8/2 | L | A |
| 301 | | | | | bought | 8/9 | L | -- |
| 302 | | | | | sold | 8/9 | L | A |
| 303 | | | | | bought | 9/2 | L | -- |
| 304 | | | | | sold | 9/2 | L | A |
| 305 | | | | | bought | 10/11 | L | -- |
| 306 | | | | | bought | 10/13 | M | -- |
| 307 | | | | | partial sold | 10/13 | M | -- |

8

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| | | | | | bought | 10/14 | L | -- |
| | | | | | sold | 10/15 | M | -- |
| | | | | | bought | 11/12 | M | -- |
| | | | | | sold | 11/12 | M | A |
| Microsoft Common Stock | D | Div | M | T | bought | 3/8 | L | -- |
| | | | | | sold | 3/8 | L | -- |
| | | | | | bought | 8/5 | N | -- |
| | | | | | sold | 8/6 | N | -- |
| | | | | | bought | 8/12 | L | -- |
| | | | | | sold | 8/13 | L | A |
| | | | | | bought | 12/1 | K | -- |
| Gateway Common Stock | -- | NONE | K | T | | | | |
| Sun Microsystems Common Stock | -- | NONE | K | T | | | | |
| Lowes Corporation Common Stock | A | Div. | -- | -- | bought | 1/2 | M | -- |
| | | | | | sold | 1/6 | L | A |
| | | | | | bought | 1/7 | M | -- |
| | | | | | sold | 1/7 | M | A |
| | | | | | bought | 1/9 | M | -- |
| | | | | | bought | 1/22 | M | -- |
| | | | | | sold | 1/22 | N | B |
| | | | | | bought | 10/27 | N | -- |
| | | | | | sold | 10/27 | N | B |
| Micron Technology Common Stock | -- | NONE | -- | -- | bought | 1/28 | K | -- |
| | | | | | partial sold | 1/28 | K | A |
| | | | | | bought | 2/25 | K | -- |
| | | | | | bought | 3/5 | K | -- |
| | | | | | sold | 3/5 | L | C |
| | | | | | bought | 4/30 | K | -- |
| | | | | | sold | 5/7 | K | B |
| | | | | | bought | 8/27 | L | -- |
| | | | | | sold | 8/27 | L | A |
| | | | | | bought | 9/2 | K | -- |
| | | | | | sold | 9/2 | K | A |

9

| A. Description | B. Income (1) Amt | (2) Type | C. Value (1) Code | (2) Method | (D) Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| 343 | | | | | bought | 9/13 | L | -- |
| 344 | | | | | bought | 10/27 | L | -- |
| 345 | | | | | partial sold | 10/27 | L | A |
| 346 | | | | | bought | 11/1 | L | -- |
| 347 | | | | | partial sold | 11/1 | L | A |
| 348 | | | | | bought | 11/2 | J | -- |
| 349 | | | | | sold | 11/2 | L | A |
| 350 | | | | | bought | 11/4 | L | -- |
| 351 | | | | | sold | 11/5 | L | A |
| 352 | | | | | bought | 11/11 | L | -- |
| 353 | | | | | sold | 11/11 | L | A |
| 354 | | | | | bought | 11/30 | L | -- |
| 355 | | | | | partial sold | 11/30 | J | -- |
| 356 | | | | | partial sold | 12/2 | J | A |
| 357 | | | | | sold | 12/14 | L | B |
| 358 Home Depot | -- | NONE | -- | -- | bought | 2/7 | M | -- |
| 359 Common Stock | | | | | partial sold | 2/9 | M | -- |
| 360 | | | | | bought | 2/10 | M | -- |
| 361 | | | | | sold | 2/10 | N | -- |
| 362 Rambus | -- | NONE | N | T | partial sold | 1./6 | L | D |
| 363 Common Stock | | | | | bought | 1/7 | M | -- |
| 364 | | | | | partial sold | 1/8 | K | A |
| 365 | | | | | bought | 1/9 | L | -- |
| 366 | | | | | partial sold | 1/9 | L | A |
| 367 | | | | | bought | 1/22 | L | -- |
| 368 | | | | | sold | 2/12 | N | B |
| 369 | | | | | bought | 2/12 | M | -- |
| 370 | | | | | sold | 2/18 | M | -- |
| 371 | | | | | bought | 3/22 | K | -- |
| 372 | | | | | sold | 3/22 | K | A |
| 373 | | | | | bought | 3/25 | L | -- |
| 374 | | | | | sold | 3/25 | L | B |
| 375 | | | | | bought | 4/14 | K | -- |
| 376 | | | | | bought | 4/19 | M | -- |
| 377 | | | | | partial sold | 4/19 | K | A |
| 378 | | | | | bought | 5/25 | K | -- |
| 379 | | | | | partial sold | 5/25 | K | A |
| 380 | | | | | partial sold | 8/13 | K | -- |

10

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| | | | | | sold | 10/15 | K | -- |
| | | | | | bought | 10/18 | K | -- |
| | | | | | partial sold | 10/18 | K | A |
| | | | | | bought | 10/19 | K | -- |
| | | | | | partial sold | 10/19 | K | -- |
| | | | | | bought | 10/25 | K | -- |
| | | | | | bought | 11/11 | K | -- |
| | | | | | partial sold | 11/11 | L | A |
| | | | | | bought | 11/12 | L | -- |
| | | | | | partial sold | 11/12 | K | A |
| | | | | | bought | 11/16 | M | -- |
| | | | | | bought | 11/17 | M | -- |
| | | | | | bought | 11/18 | K | -- |
| | | | | | partial sold | 11/18 | K | -- |
| | | | | | bought | 11/19 | K | -- |
| | | | | | partial sold | 11/16 | L | A |
| | | | | | bought | 11/29 | K | -- |
| | | | | | partial sold | 11/29 | K | A |
| | | | | | partial sold | 11/30 | K | B |
| | | | | | bought | 12/1 | M | -- |
| | | | | | partial sold | 12/1 | L | A |
| | | | | | partial sold | 12/7 | N | E |
| | | | | | bought | 12/8 | L | -- |
| | | | | | partial sold | 12/9 | L | C |
| | | | | | bought | 12/14 | K | -- |
| | | | | | bought | 12/16 | L | -- |
| Advanced Micro Devices | -- | NONE | -- | -- | bought | 11/16 | M | -- |
| Common Stock | | | | | partial sold | 11/16 | K | A |
| | | | | | sold | 11/17 | M | C |
| | | | | | bought | 11/18 | N | -- |
| | | | | | partial sold | 11/18 | M | A |
| | | | | | bought | 11/19 | K | -- |
| | | | | | bought | 11/22 | M | -- |
| | | | | | partial sold | 11/22 | M | B |
| | | | | | bought | 11/24 | M | -- |
| | | | | | partial sold | 11/24 | M | A |
| | | | | | bought | 11/29 | K | -- |
| | | | | | partial sold | 11/29 | K | A |
| | | | | | bought | 11/30 | M | -- |

11

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| 420 | | | | | partail sold | 11/30 | M | A |
| 421 | | | | | bought | 12/7 | M | -- |
| 422 | | | | | partail sold | 12/7 | M | D |
| 423 | | | | | bought | 12/9 | M | -- |
| 424 | | | | | bought | 12/10 | M | -- |
| 425 | | | | | sold | 12/13-14 | N | B |
| 426 | | | | | bought | 12/29 | K | -- |
| 427 Amazon.com | -- | NONE | M | T | bought | 1/2 | L | -- |
| 428 Common Stock | | | | | bought | 1/6 | L | -- |
| 429 | | | | | partial sold | 1/6 | L | A |
| 430 | | | | | bought | 1/8 | L | -- |
| 431 | | | | | sold | 1/9 | M | B |
| 432 | | | | | bought | 1/13 | M | -- |
| 433 | | | | | sold | 1/13 | M | -- |
| 434 | | | | | bought | 2/9 | M | -- |
| 435 | | | | | sold | 2/9 | M | A |
| 436 | | | | | bought | 2/11 | M | -- |
| 437 | | | | | partial sold | 2/11 | M | A |
| 438 | | | | | sold | 2/12 | M | B |
| 439 | | | | | bought | 2/24 | L | -- |
| 440 | | | | | sold | 2/25 | L | A |
| 441 | | | | | bought | 3/5 | N | -- |
| 442 | | | | | partial sold | 3/5 | M | A |
| 443 | | | | | bought | 3/8 | M | -- |
| 444 | | | | | bought | 3/12 | L | -- |
| 445 | | | | | partial sold | 3/12 | N | -- |
| 446 | | | | | sold | 3/16 | L | -- |
| 447 | | | | | bought | 3/19 | L | -- |
| | | | | | sold | 3/19 | L | A |
| 448 | | | | | bought | 3/22 | L | -- |
| 449 | | | | | bought | 3/26 | L | -- |
| 450 | | | | | sold | 3/26 | M | B |
| 451 | | | | | bought | 4/8 | L | -- |
| 452 | | | | | sold | 4/8 | L | A |
| 453 | | | | | bought | 4/14 | L | -- |
| 454 | | | | | sold | 4/14 | L | A |
| 455 | | | | | bought | 4/20 | L | -- |
| 456 | | | | | sold | 4/20 | L | -- |
| 457 | | | | | bought | 5/7 | M | -- |

12

| A. Description | B. Income | | C. Value | | (D) Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| 458 | | | | | bought | 5/11 | M | -- |
| 459 | | | | | partial sold | 5/11 | M | A |
| 460 | | | | | bought | 5/18 | L | -- |
| 461 | | | | | bought | 5/19 | L | -- |
| 462 | | | | | partial sold | 5/19 | M | A |
| 463 | | | | | bought | 5/20 | L | -- |
| 464 | | | | | partial sold | 5/20 | K | A |
| 465 | | | | | sold | 5/25 | M | C |
| 466 | | | | | bought | 6/3 | L | -- |
| 467 | | | | | bought | 6/4 | L | -- |
| 468 | | | | | sold | 6/4 | M | B |
| 469 | | | | | bought | 6/9 | M | -- |
| 470 | | | | | bought | 6/10 | L | -- |
| 471 | | | | | bought | 6/24 | L | -- |
| 472 | | | | | partial sold | 6/24 | L | A |
| 473 | | | | | bought | 6/25 | M | -- |
| 474 | | | | | partial sold | 6/25 | N | C |
| 475 | | | | | bought | 6/28 | L | -- |
| 476 | | | | | sold | 6/28 | M | C |
| 477 | | | | | bought | 7/2 | M | -- |
| 478 | | | | | bought | 7/28 | M | -- |
| 479 | | | | | partial sold | 7/28 | M | -- |
| 480 | | | | | bought | 7/30 | L | -- |
| 481 | | | | | bought | 8/11 | L | -- |
| 482 | | | | | partial sold | 8/11 | L | A |
| 483 | | | | | sold | 8/13 | M | -- |
| 484 | | | | | bought | 8/24 | L | -- |
| 485 | | | | | sold | 8/24 | L | A |
| 486 | | | | | bought | 8/25 | M | -- |
| 487 | | | | | partial sold | 8/25 | K | A |
| 488 | | | | | bought | 8/26 | N | -- |
| 489 | | | | | partial sold | 8/26 | N | B |
| 490 | | | | | bought | 8/27 | N | -- |
| 491 | | | | | partial sold | 8/27 | N | B |
| 492 | | | | | bought | 9/1 | J | -- |
| 493 | | | | | sold | 9/2 | M | -- |
| 494 | | | | | bought | 10/13 | N | -- |
| 495 | | | | | partial sold | 10/13 | N | -- |
| 496 | | | | | bought | 10/14 | N | -- |
| | | | | | partial sold | 10/14 | N | -- |

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| | | | | | sold | 10/15 | K | -- |
| | | | | | bought | 10/20 | M | -- |
| | | | | | sold | 10/20 | M | A |
| | | | | | bought | 10/21 | N | -- |
| | | | | | sold | 10/21 | N | C |
| | | | | | bought | 10/22 | M | -- |
| | | | | | bought | 10/27 | M | -- |
| | | | | | partial sold | 10/27 | L | A |
| | | | | | bought | 10/28 | N | -- |
| | | | | | partial sold | 10/28 | N | A |
| | | | | | sold | 11/2 | M | D |
| | | | | | bought | 11/3 | M | -- |
| | | | | | sold | 11/3 | M | A |
| | | | | | bought | 11/17 | L | -- |
| | | | | | bought | 11/18 | M | -- |
| | | | | | partial sold | 11/18 | K | A |
| | | | | | bought | 12/1 | M | -- |
| | | | | | partial sold | 12/1 | M | A |
| | | | | | sold | 12/14 | L | B |
| | | | | | bought | 12/31 | J | -- |
| Cisco Systems | -- | NONE | -- | -- | bought | 2/17 | M | -- |
| Common Stock | | | | | bought | 3/5 | L | -- |
| | | | | | partial sold | 3/8 | M | -- |
| | | | | | sold | 3/12 | K | -- |
| | | | | | bought | 3/19 | K | -- |
| | | | | | sold | 3/22 | K | -- |
| | | | | | bought | 6/9 | M | -- |
| | | | | | bought | 6/10 | L | -- |
| | | | | | bought | 9/13 | N | -- |
| | | | | | sold | 9/15 | N | -- |
| | | | | | bought | 10/11 | L | -- |
| | | | | | bought | 10/13 | N | -- |
| | | | | | sold | 10/13 | N | -- |
| | | | | | bought | 10/14 | L | -- |
| | | | | | bought | 10/15 | K | -- |
| | | | | | bought | 10/18 | M | -- |
| | | | | | bought | 10/19 | M | -- |
| | | | | | partial sold | 10/19 | M | A |
| | | | | | bought | 11/3 | O | -- |

14

| A. Description | B. Income (1) Amt | (2)Type | C.Value (1)Code | (2)Method | (D)Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| 536 | | | | | sold | 11/3 | N | D |
| 537 | | | | | bought | 11/10 | K | -- |
| 538 | | | | | sold | 11/11 | K | A |
| 539 | | | | | bought | 12/1 | M | -- |
| 540 | | | | | sold | 12/1 | M | A |
| 541 | | | | | bought | 12/14 | N | -- |
| 542 | | | | | sold | 12/14 | N | A |
| | | | | | | | | |
| 543 Disney Corp. | -- | NONE | -- | -- | bought | 1/6 | L | -- |
| 544 Common Stock | | | | | partial sold | 1/8 | L | B |
| 545 | | | | | sold | 1/9 | K | B |
| 546 | | | | | bought | 11/4 | M | -- |
| 547 | | | | | sold | 11/4 | M | A |
| | | | | | | | | |
| 548 EBAY | -- | NONE | -- | -- | bought | 1/2 | L | -- |
| 549 Common Stock | | | | | sold | 1/2 | L | A |
| 550 | | | | | bought | 1/13 | L | -- |
| 551 | | | | | sold | 1/13 | L | -- |
| 552 | | | | | bought | 1/20 | M | -- |
| 553 | | | | | sold | 1/21 | M | A |
| 554 | | | | | bought | 1/28 | M | -- |
| 555 | | | | | sold | 1/30 | L | -- |
| 556 | | | | | bought | 2/12 | M | -- |
| 557 | | | | | sold | 2/13 | M | A |
| 558 | | | | | bought | 2/25 | M | -- |
| 559 | | | | | sold | 2/25 | M | A |
| 560 | | | | | bought | 3/4 | N | -- |
| 561 | | | | | sold | 3/4 | N | A |
| 562 | | | | | bought | 3/5 | M | -- |
| 563 | | | | | sold | 3/5 | M | B |
| 564 | | | | | bought | 3/19 | N | -- |
| 565 | | | | | partial sold | 3/19 | M | A |
| 566 | | | | | bought | 3/22 | M | -- |
| 567 | | | | | partial sold | 3/22 | M | -- |
| 568 | | | | | bought | 3/25 | N | -- |
| 569 | | | | | partial sold | 3/25 | N | B |
| 570 | | | | | bought | 3/26 | N | -- |
| 571 | | | | | partial sold | 3/26 | N | -- |
| 572 | | | | | sold | 3/30 | L | A |
| 573 | | | | | bought | 4/14 | M | -- |

15

| A. Description | B. Income (1) Amt | (2) Type | C. Value (1) Code | (2) Method | (D) Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| | | | | | sold | 4/14 | M | A |
| | | | | | bought | 4/20 | M | -- |
| | | | | | sold | 4/20 | M | -- |
| | | | | | bought | 6/9 | M | -- |
| | | | | | sold | 6/10 | M | -- |
| | | | | | bought | 6/28 | M | -- |
| | | | | | sold | 6/28 | M | A |
| | | | | | bought | 6/29 | M | -- |
| | | | | | sold | 6/29 | M | A |
| | | | | | bought | 6/30 | M | -- |
| | | | | | sold | 6/30 | M | A |
| | | | | | bought | 7/2 | M | -- |
| | | | | | sold | 7/2 | M | A |
| | | | | | bought | 7/28 | L | -- |
| | | | | | sold | 7/28 | L | A |
| | | | | | bought | 8/19 | M | -- |
| | | | | | sold | 8/19 | M | A |
| | | | | | bought | 8/24 | N | -- |
| | | | | | sold | 8/24 | N | A |
| | | | | | bought | 8/27 | N | -- |
| | | | | | sold | 8/27 | N | -- |
| | | | | | bought | 9/1 | N | -- |
| | | | | | sold | 9/1 | N | A |
| | | | | | bought | 9/2 | N | -- |
| | | | | | sold | 9/2 | N | A |
| | | | | | bought | 10/15 | M | -- |
| | | | | | sold | 10/15 | M | -- |
| | | | | | bought | 10/19 | L | -- |
| | | | | | sold | 10/19 | L | -- |
| | | | | | bought | 10/20 | N | -- |
| | | | | | sold | 10/20 | N | A |
| Google Common Stock | -- | NONE | -- | -- | bought | 8/24 | M | -- |
| | | | | | sold | 8/24 | M | A |
| | | | | | bought | 8/30 | M | -- |
| | | | | | bought | 9/2 | M | -- |
| | | | | | sold | 9/2 | N | -- |
| | | | | | bought | 10/11 | M | -- |
| | | | | | sold | 10/11 | M | A |
| | | | | | bought | 10/22 | M | -- |

16

| A. Description | B. Income | | C. Value | | (D) Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| 613 | | | | | sold | 10/22 | M | -- |
| 614 | | | | | bought | 11/4 | O | -- |
| 615 | | | | | partial sold | 11/4 | L | A |
| 616 | | | | | bought | 11/5 | M | -- |
| 617 | | | | | sold | 11/5 | O | -- |
| 618 | | | | | bought | 11/24 | M | -- |
| 619 | | | | | sold | 11/24 | M | B |
| | | | | | | | | |
| 620 Hewlitt Packard | -- | NONE | -- | -- | bought | 1/5 | L | -- |
| 621 Common Stock | | | | | sold | 1/5 | L | A |
| 622 | | | | | bought | 1/7 | L | -- |
| 623 | | | | | sold | 1/7 | L | -- |
| | | | | | | | | |
| 624 IBM | -- | NONE | -- | -- | bought | 3/25 | O | -- |
| 625 Common Stock | | | | | sold | 3/25 | O | B |
| 626 | | | | | bought | 3/31 | M | -- |
| 627 | | | | | bought | 4/2 | M | -- |
| 628 | | | | | sold | 4/2 | N | C |
| 629 | | | | | bought | 4/5 | O | -- |
| 630 | | | | | sold | 4/5 | O | B |
| 631 | | | | | bought | 4/7 | M | -- |
| 632 | | | | | sold | 4/7 | M | A |
| 633 | | | | | bought | 4/14 | M | -- |
| 634 | | | | | sold | 4/14 | M | B |
| 635 | | | | | bought | 4/16 | M | -- |
| 636 | | | | | sold | 4/16 | M | A |
| 637 | | | | | bought | 4/20 | M | -- |
| 638 | | | | | sold | 4/20 | M | -- |
| 639 | | | | | buy | 5/11 | M | -- |
| 640 | | | | | sold | 5/11 | M | A |
| 641 | | | | | bought | 7/2 | M | -- |
| 642 | | | | | sold | 7/2 | M | A |
| 643 | | | | | bought | 7/28 | M | -- |
| 644 | | | | | sold | 7/28 | M | A |
| 645 | | | | | bought | 8/25 | N | -- |
| 646 | | | | | bought | 8/26 | O | -- |
| 647 | | | | | partial sold | 8/26 | N | -- |
| 648 | | | | | bought | 8/27 | M | -- |
| 649 | | | | | partial sold | 8/27 | M | A |
| 650 | | | | | bought | 10/13 | M | -- |

17

| No. | A. Description | B. Income (1) Amt | (2) Type | C. Value (1) Code | (2) Method | (D) Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|---|
| 651 | | | | | | partial sold | 10/13 | M | A |
| 652 | | | | | | bought | 10/14 | M | -- |
| 653 | | | | | | bought | 10/15 | M | -- |
| 654 | | | | | | sold | 10/15 | N | -- |
| 655 | | | | | | bought | 10/21 | N | -- |
| 656 | | | | | | partial sold | 10/21 | N | A |
| 657 | | | | | | sold | 11/2 | M | C |
| 658 | | | | | | bought | 11/10 | L | -- |
| 659 | | | | | | sold | 11/11 | L | A |
| 660 | | | | | | | | | |
| 661 | Maytag Corp. Common Stock | -- | NONE | -- | -- | bought | 10/18 | M | -- |
| 662 | | | | | | bought | 10/20 | L | -- |
| 663 | | | | | | sold | 10/20 | L | -- |
| 664 | Palm One Common Stock | -- | NONE | J | T | bought | 7/28 | M | -- |
| 665 | | | | | | sold | 7/28 | M | A |
| 666 | | | | | | bought | 8/18 | L | -- |
| 667 | | | | | | sold | 8/18 | L | A |
| 668 | | | | | | bought | 8/19 | L | -- |
| 669 | | | | | | sold | 8/19 | L | A |
| 670 | | | | | | bought | 8/20 | L | -- |
| 671 | | | | | | sold | 8/20 | L | A |
| 672 | | | | | | bought | 8/24 | N | -- |
| 673 | | | | | | partial sold | 8/24 | M | A |
| 674 | | | | | | bought | 8/25 | M | -- |
| 675 | | | | | | sold | 8/25 | M | B |
| 676 | | | | | | bought | 8/26 | M | -- |
| 677 | | | | | | partial sold | 8/26 | M | A |
| 678 | | | | | | bought | 8/27 | N | -- |
| 679 | | | | | | partial sold | 8/27 | N | A |
| 680 | | | | | | bought | 8/30 | L | -- |
| 681 | | | | | | bought | 10/19 | L | -- |
| 682 | | | | | | partial sold | 10/19 | L | -- |
| 683 | | | | | | bought | 10/20 | L | -- |
| 684 | | | | | | bought | 10/21 | L | -- |
| 685 | | | | | | partial sold | 10/21 | L | A |
| 686 | | | | | | sold | 10/28 | M | -- |
| 687 | | | | | | bought | 11/1 | M | -- |
| 688 | | | | | | partial sold | 11/1 | M | A |
| 689 | | | | | | bought | 11/2 | M | -- |

18

| A. Description | B. Income (1) Amt | (2)Type | C.Value (1)Code | (2)Method | (D)Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| | | | | | partial sold | 11/2 | L | A |
| | | | | | sold | 11/3 | L | B |
| | | | | | bought | 11/3 | L | -- |
| | | | | | bought | 11/4 | M | -- |
| | | | | | partial sold | 11/4 | M | B |
| | | | | | sold | 11/5 | L | C |
| Portal Player, Inc. Common Stock | -- | NONE | L | T | bought | 11/22 | K | -- |
| | | | | | sold | 11/22 | K | A |
| | | | | | bought | 11/24 | K | -- |
| | | | | | sold | 11/24 | K | B |
| | | | | | bought | 11/26 | L | -- |
| | | | | | bought | 11/29 | L | -- |
| | | | | | partial sold | 11/29 | J | A |
| | | | | | bought | 11/30 | K | -- |
| | | | | | partial sold | 11/30 | K | -- |
| Red Hat Common Stock | -- | NONE | -- | -- | bought | 10/19 | K | -- |
| | | | | | sold | 10/19 | K | -- |
| | | | | | bought | 10/20 | K | -- |
| | | | | | sold | 10/20 | K | A |
| Research-in-Motion Common Stock | -- | NONE | -- | -- | bought | 10/19 | O | -- |
| | | | | | sold | 10/19 | O | -- |
| | | | | | bought | 11/22 | L | -- |
| | | | | | sold | 11/22 | L | C |
| Texas Instruments Common Stock | A | Div. | -- | -- | bought | 3/22 | L | -- |
| | | | | | sold | 3/22 | L | A |
| | | | | | bought | 4/6 | K | -- |
| | | | | | sold | 4/6 | K | A |
| | | | | | bought | 4/7 | K | -- |
| | | | | | partial sold | 4/7 | K | A |
| | | | | | bought | 4/8 | M | -- |
| | | | | | bought | 4/13 | M | -- |
| | | | | | bought | 4/23 | L | -- |
| | | | | | sold | 4/23 | L | A |
| | | | | | bought | 4/30 | L | -- |
| | | | | | partial sold | 5/7 | L | A |

19

| A. Description | B. Income (1) Amt | (2)Type | C.Value (1)Code | (2)Method | (D)Transactions During Year (1) | (2) | (3) | (4) |
|---|---|---|---|---|---|---|---|---|
| | | | | | bought | 5/26 | L | -- |
| | | | | | partial sold | 5/27 | L | B |
| | | | | | sold | 8/12 | M | -- |
| | | | | | bought | 11/8 | L | -- |
| | | | | | bought | 11/30 | M | -- |
| | | | | | sold | 11/30 | M | -- |
| Whirlpool Common Stock | -- | NONE | -- | -- | bought | 10/21 | M | -- |
| | | | | | sold | 10/21 | M | A |
| | | | | | bought | 10/25 | L | -- |
| | | | | | sold | 10/25 | L | -- |
| | | | | | bought | 11/11 | L | -- |
| | | | | | sold | 11/12 | L | A |
| | | | | | bought | 11/19 | M | -- |
| | | | | | partial sold | 11/19 | L | -- |
| | | | | | sold | 11/24 | K | -- |
| Yahoo Common Stock | -- | NONE | -- | -- | bought | 1/20 | L | -- |
| | | | | | sold | 1/20 | L | A |
| | | | | | bought | 1/22 | N | -- |
| | | | | | partial sold | 1/22 | M | A |
| | | | | | partial sold | 1/26 | L | B |
| | | | | | sold | 2/12 | L | -- |
| | | | | | bought | 2/24 | L | -- |
| | | | | | bought | 2/25 | L | -- |
| | | | | | partial sold | 2/25 | L | A |
| | | | | | sold | 3/4 | L | B |
| | | | | | bought | 3/24 | L | -- |
| | | | | | sold | 3/24 | L | A |
| | | | | | bought | 4/14 | L | -- |
| | | | | | sold | 4/14 | L | A |
| | | | | | bought | 4/20 | L | -- |
| | | | | | sold | 4/20 | L | -- |
| | | | | | bought | 5/25 | N | -- |
| | | | | | sold | 5/25 | N | B |
| | | | | | bought | 5/27 | N | -- |
| | | | | | partial sold | 5/27 | N | B |
| | | | | | sold | 5/28 | L | B |
| | | | | | bought | 6/28 | M | -- |
| | | | | | sold | 6/28 | M | A |

20

| A. Description | B. Income | | C. Value | | (D) Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| 763 | | | | | bought | 6/29 | L | -- |
| 764 | | | | | sold | 6/29 | L | A |
| 765 | | | | | bought | 7/28 | M | -- |
| 766 | | | | | sold | 7/28 | M | B |
| 767 | | | | | bought | 8/6 | M | -- |
| 768 | | | | | sold | 8/6 | M | -- |
| 769 | | | | | bought | 8/9 | M | -- |
| 770 | | | | | sold | 8/9 | M | A |
| 771 | | | | | Bought | 8/10 | M | -- |
| 772 | | | | | Sold | 8/11 | M | A |
| 773 | | | | | Bought | 8/12 | M | -- |
| 774 | | | | | Sold | 8/12 | M | A |
| 775 | | | | | Bought | 8/18 | L | -- |
| 776 | | | | | Sold | 8/18 | L | A |
| 777 | | | | | Bought | 8/20 | O | -- |
| 778 | | | | | partial sold | 8/20 | M | B |
| 779 | | | | | Bought | 8/23 | O | -- |
| 780 | | | | | partial sold | 8/23 | N | B |
| 781 | | | | | Sold | 8/24 | N | -- |
| 782 | | | | | Bought | 8/25 | N | -- |
| 783 | | | | | bought | 8/26 | O | -- |
| 784 | | | | | partial sold | 8/26 | L | -- |
| 785 | | | | | bought | 8/31 | M | -- |
| 786 | | | | | bought | 9/1 | L | -- |
| 787 | | | | | bought | 9/2 | L | -- |
| 788 | | | | | sold | 9/2 | N | D |
| 789 | | | | | bought | 10/15 | L | -- |
| 790 | | | | | sold | 10/15 | L | -- |
| 791 | | | | | bought | 10/21 | M | -- |
| 792 | | | | | sold | 10/21 | M | A |
| 793 | | | | | bought | 12/1 | M | -- |
| 794 | | | | | sold | 12/1 | M | A |
| 795 | | | | | bought | 12/13 | M | -- |
| 796 | | | | | sold | 12/13 | M | A |

21

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | BUCHWALD, NAOMI R | 5/13/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature     Date  May 12, 2005

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544